IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| TRENESA TATE-THOMAS, | Civil Action File No. 2:21-cv-00037-SCJ |
| Plaintiff, | |
| v. | |
| WAL-MART STORES EAST, LP, | |
| Defendant. | |

**CONSENT ORDER OF DISMISSAL WITHOUT PREJUDICE**

Comes now Plaintiff Trenesa Tate-Thomas, and by consent of all parties, hereby dismisses her Complaint without Prejudice in accordance with Fed. R. Civ. P. Rule 41(a)(1)(A)(ii). The parties stipulate and agree as follows:

(1)   All subsequent re-filings of Plaintiff's Complaint shall be in the United States District Court, Northern District of Georgia, Gainesville Division only.

(2)   Plaintiff understands that Defendant is consenting to a Dismissal Without Prejudice based upon Plaintiff's stipulation and agreement that the United States District Court Northern District of Georgia, Gainesville Division will have exclusive jurisdiction over any re-filed Complaint.

(3)   Plaintiff stipulates and agrees that she will do nothing in any re-filed action to divest the United States District Court, Northern District of Georgia,

Gainesville Division of diversity jurisdiction, and that they will not name non-diverse parties in any re-filed Complaint.

SO ORDERED this 17th day of February, 2022.

        s/Steve C. Jones
        Honorable Steve C. Jones
        United States District Court

CONSENTED TO BY:

| /s/ Franklin R. Evans | /s/ Mark L. Pickett |
|---|---|
| Franklin R. Evans | Mark L. Pickett |
| Georgia Bar No. 142154 | Georgia Bar No. 578190 |
| Counsel for Plaintiff | Counsel for Defendant |
| P.O. Box 7279 | 3445 Peachtree Road, Ste 500 |
| Chestnut Mountain, GA 30502 | Atlanta, GA 30326 |
| (404) 641-8165 | (404) 365-4516 |
| Franklineevans.atty@gmail.com | mpickett@mmatllaw.co |

The undersigned counsel certifies that the foregoing CONSENT ORDER has been prepared with one of the fonts and point selections approved by the court in LR 5.1B.

        /s/ Franklin R. Evans
        Franklin R. Evans

# CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2022, I electronically filed the foregoing **Consent Order of Dismissal Without Prejudice** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

/s/ *Franklin R. Evans*
Franklin R. Evans
Georgia Bar No. 142154
Attorney for Plaintiff

P.O. Box 7279
Chestnut Mountain, GA 30502
(404) 641-8165
Franklineevans.atty@gmail.com